| | |
|---|---|
| 1 | Caroline N. Mitchell (State Bar No. 143124) |
| | Susan Q. Haines (State Bar No. 224611) |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
| | Email: cnmitchell@jonesday.com |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |
| 5 | |
| | William V. O'Reilly |
| 6 | J. Andrew Read |
| | JONES DAY |
| 7 | 51 Louisiana Avenue, N.W. |
| | Washington, DC 20001-2113 |
| 8 | Telephone: (202) 879-3939 |
| | Facsimile: (202) 626-1700 |
| 9 | |
| | Attorneys for Defendants RHEIN CHEMIE |
| 10 | RHEINAU GMBH |
| 11 | [Additional Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MJJ |
| THIS DOCUMENT RELATES TO: | C 05-00211 MJJ |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| PLAINTIFF | STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 |
| v. | |
| BAYER AG, BAYER CORPORATION, RHEIN CHEMIE RHEINAU GmbH, RHEIN CHEMIE CORPORATION, CROMPTON CORP., AND UNIROYAL CHEMICAL CO., INC., | |
| DEFENDANTS | |

1   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel,
2   pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH
3   ("RCR-GmbH") shall answer Plaintiff's Complaint and Demand for Jury Trial dated July 16,
4   2004 is extended to July 1, 2005.  This Stipulation shall in no way be deemed as consent by RCR-
5   GmbH to the authority of the Court in this action to exercise personal jurisdiction over RCR-
6   GmbH.

Dated:  June 10, 2005

JONES DAY

By: _____

Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
555 California Street, 26th Floor
San Francisco, CA  94104
Email:  cnmitchell@jonesday.com
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:    (202) 879-3939
Facsimile:    (202) 626-1700

*Counsel for Defendant
Rhein Chemie Rheinau GmbH*

[APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California]

6/13/2005

Dated:  June 10, 2005

KENNY NACHWALTER, P.A.

By: _____

William J. Blechman
Pamela I. Perry
201 South Biscayne Boulevard
Suite 1100
Miami, FL  33131
Email: wblechman@knsacs.com
Telephone:  (305) 373-1000
Facsimile:  (305) 372-1861

*Counsel for Plaintiff The Goodyear
Tire & Rubber Company*